325 So.2d 509

### In re Oscar Lee MADDEN

v.

### STATE.

### Ex parte Oscar Lee Madden.

### SC 1554.

Supreme Court of Alabama.

Jan. 22, 1976.

W. H. Rogers, Moulton, for petitioner.

HEFLIN, Chief Justice.

Petition of Oscar Lee Madden for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Madden v. State*, 56 Ala.App. 713, 325 So.2d 505.

Writ denied.

MERRILL, MADDOX, JONES and SHORES, JJ., concur.

329 So.2d 126

### In re Jerry David MANESS

v.

### STATE.

### Ex parte Jerry David Maness.

### SC 1722.

Supreme Court of Alabama.

April 2, 1976.

J. Allen Lee, Scottsboro, for petitioner.

No appearance for the State.

BLOODWORTH, Justice.

Petition of Jerry David Maness for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Maness v. State*, 57 Ala.App. 431, 329 So.2d 120.

WRIT DENIED.

HEFLIN, C. J., and FAULKNER, ALMON and EMBRY, JJ., concur.

328 So.2d 616

### In re Carolyn F. MAULDIN, alias

v.

### STATE of Alabama.

### Ex parte Carolyn F. Mauldin.

### SC 1675.

Supreme Court of Alabama.

March 19, 1976.

Robert Straub, Decatur and C. E. Carmichael, Jr., Tuscumbia, for petitioner.

None for the State.

JONES, Justice.

Petition of Carolyn F. Mauldin for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Mauldin, Alias v. State*, 57 Ala.App. 361, 328 So.2d 612.

WRIT DENIED.

HEFLIN, C. J., and MERRILL, MADDOX and SHORES, JJ., concur.